**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
────────────────────────────────────

**IRVING H. PICARD,**

                 **Plaintiff,**          20-cv-3140 (JGK)

        - against -               <u>**ORDER**</u>

**LISA BETH NISSENBAUM TRUST, ET AL.**

                 **Defendants.**
────────────────────────────────────

**JOHN G. KOELTL, District Judge:**

    The response to the motion to withdraw the reference should be filed by **May 8, 2020**. Any reply may be filed by **May 18, 2020**.

**SO ORDERED.**

**Dated:**    **New York, New York**
            **April 24, 2020**               /s/ John G. Koeltl
                                           **John G. Koeltl**
                                **United States District Judge**