```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
―――――――――――――――――――――――――――――――――
IRVING H. PICARD,

                    Plaintiff,            20-cv-3140 (JGK)

        - against -                       ORDER

LISA BETH NISSENBAUM TRUST, ET AL.

                    Defendants.
―――――――――――――――――――――――――――――――――
```

**JOHN G. KOELTL, District Judge:**

The reference to the bankruptcy court for this proceeding is withdrawn on consent. The trustee may make a motion for summary judgment without a pre-motion conference. The motion is due **May 22, 2020**. The response is due **June 12, 2020** and the reply is due **June 22, 2020**.

**SO ORDERED.**

**Dated:   New York, New York**
        **April 30, 2020**          ____/s/ John G. Koeltl_____
                                            **John G. Koeltl**
                                  **United States District Judge**