# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
**SECURITIES INVESTOR PROTECTION CORPORATION,**

                        Plaintiff-Applicant,         20 **CIVIL** 3140 (JGK)

        -against-                            **JUDGMENT**

**BERNARD L. MADOFF INVESTMENT SECURITIES LLC,**

                        Defendant.
------------------------------------------------------------X

**IN RE BERNARD L. MADOFF,**

                        Debtor.
------------------------------------------------------------X
**IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff,**

                        Plaintiff,

       -against-

**LISA BETH NISSENBAUM TRUST and NEAL KURN, in his capacity as trustee for Lisa Beth Nissenbaum Trust,**

                        Defendants.
------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated March 24, 2021, The Court has considered all of the arguments raised by the parties. To the extent not specifically addressed, the arguments are either moot or without merit. For the reasons discussed, the Trustee's motion for

summary judgment is **granted** and the defendants' motion for summary judgment is **denied**. The Trustee is entitled to judgment in the amount of $625,551. The Trustee is also entitled to prejudgment interest at a rate or 4%, from November 12, 2010 through the date of entry of judgment in the amount of $259,543.68 for a total sum of $885,094.68; accordingly, this case is closed.

**Dated:**  New York, New York
　　　　　 March 24, 2021

　　　　　　　　　　　　　　　　　　　　　　　　**RUBY J. KRAJICK**
　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　**Clerk of Court**
　　　　　　　　　　　　　　　　　　　　BY: _____
　　　　　　　　　　　　　　　　　　　　　　　　**Deputy Clerk**